

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS LLIVIZACA,

    Plaintiff,

-against-

LIBERTY KNIGHTS, LLC d/b/a POUND & PENCE, MERCHANTS HOSPITALITY INC., ABRAHAM MERCHANT and RICHARD COHN,

    Defendants.

ECF Case

Case No. 12 CIV. 1065 (GBD)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

WHEREAS, there is no person not a party who has an interest in the subject matter of this action; it is hereby

STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-captioned action be dismissed in its entirety and with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

This Court shall retain jurisdiction over the Settlement Agreement resolving this action.

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman
Attorneys for Plaintiff
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500

Date: 7/31/12

LITTLER MENDELSON, P.C.

By: _____
Michael P. Pappas
Attorneys for Defendant
900 Third Avenue
New York, New York 10022
(212) 583-9600

Date: 8/1/12

SO ORDERED AUG 02 2012

_____
Hon. George B. Daniels, U.S.D.J.

HON. GEORGE B. DANIELS